Filed 8/28/14  Paratransit v. Unempl. Ins. App. Bd. CA3
Opinion following remand

NOT TO BE PUBLISHED

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

# COPY

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

THIRD APPELLATE DISTRICT

(Sacramento)

----

| | |
|---|---|
| PARATRANSIT, INC., | C063863 |
| Plaintiff and Respondent, | (Super. Ct. No. 34-2009-80000249) |
| v. | |
| UNEMPLOYMENT INSURANCE APPEALS BOARD, | |
| Defendant; | |
| CRAIG MEDEIROS, | |
| Real Party in Interest and Appellant. | |

In light of the California Supreme Court's July 3, 2014, opinion (*Paratransit, Inc. v. Unemployment Insurance Appeals Board* (2014) 59 Cal.4th 551) reversing this court's May 31, 2012, opinion in this case, we reverse the trial court's judgment, affirm the judgment of the Unemployment Insurance Appeals Board, and direct the trial court to enter judgment denying the petition for a writ of administrative mandamus.

1

Appellant Craig Medeiros shall recover his costs on appeal.  (Cal. Rules of Court, rule 8.278(a)(1)-(2).)

                                                          HULL          , J.

We concur:


      BLEASE         , Acting P. J.


      NICHOLSON     , J.